IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JUSTIN ADKINS, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 3:18-0321

CSX TRANSPORTATION, INC., et al.,

        Defendants.

**ORDER**

Pending before the Court is Defendants' Motion to File Under Seal. ECF No. 356. For good cause shown, the Court **GRANTS** the Motion. The Court **DIRECTS** the Clerk's Office to file the documents attached to the Motion under seal. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:    May 12, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE