# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 8/5/2021   Case Number  3:18-cv-00321

Case Style: Adkins vs. CSX Transportation, Inc.
Type of hearing: Motion Hearing
Before the Honorable: 2514-Chambers
Court Reporter: Kathy Swinhart            Courtroom Deputy  Law Clerk

Attorney(s) for the Plaintiff or Government

Gregory Paul, Patrick Stephens, Kenneth Reed

Attorney(s) for the Defendant(s)

Davis Walsh, Melissa Bird, Samuel Tarryr

Law Clerk: Casey Waldeck

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:29 PM | 3:01 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:32

## Courtroom Notes

Hearing scheduled to commence: 1:30 p.m.
Hearing commenced: 1:29 p.m.

Motion by CSX Transportation, Inc., Elizabeth Creedon, Tom DeAngelo, Kenneth Ray Emerson, Craig S. Heligman, Delando Jones, Shawn Lusk, Curt Shogren, Milton Storm, Gus Thoele for Summary Judgment. ECF No. 360

Motion by Plaintiffs for Partial Summary Judgment. ECF NO. 368,

Motions taken under advisement.
Names of settled plaintiffs placed on the record.

Trial continued generally.

Adjourned  3:01 p.m.