IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JUSTIN ADKINS, et al.,

        Plaintiffs,

v.                                                            CIVIL ACTION NO.   3:18-0321

CSX TRANSPORTATION, INC., et al.,

        Defendants.

### JUDGMENT ORDER

With entry of the accompanying Memorandum Opinion and Order, the Court awards summary judgment in favor of Defendants on the remaining claims. As all claims now have been resolved in favor of Defendants, the Court **ORDERS** that judgment be issued in their favor and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

        ENTER:       August 23, 2021

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE