AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

JUSTIN ADKINS; JUSTIN BLAKE; EDWIN GLOWACKI; ERIC JORDAN; KEVIN PALMER; SAMUEL PRESTON; DENNIS SARGENT;
v.
CSX TRANSPORTATION, INC.; CSX CORPORATION; CRAIG S. HELIGMAN, M.D.; GUS THOELE; CURT SHOGREN; MILTON

Case No.: 3:18-CV-321

## BILL OF COSTS

Judgment having been entered in the above entitled action on **August 23, 2021** against **Plaintiffs**,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 94,750.70 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** $ | **94,750.70** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney:
Name of Attorney: Melissa Foster Bird, Esq.

For: CSX Transportation, Inc.   Date: 09/21/2021
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court        Deputy Clerk        Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| JUSTIN ADKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., et al., <br><br> Defendants. | Civil Action No. 3:18-CV-00321 <br> Hon. Judge Robert C. Chambers |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of September, 2021, a copy of the foregoing *"Bill of Costs"* was served upon counsel of record by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory G. Paul, Esq.
**Morgan & Paul, PLLC**
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel: (844) 374-7200
Fax: (888) 822-9421
gregpaul@paullaw.com

Kenneth R. Reed, Esq.
**Kenneth R. Reed, Attorney PSC**
241 Elm Street
Ludlow, KY 41016
Tel: (859) 331-4443
Fax: (859) 291-2226
kenreedatty@gmail.com
Applicant for *Pro Hac Vice*

Jeff R. Dingwall, Esq.
**Eight & Sand**
550 West B Street
Fourth Floor

San Diego, CA 92101
Tel: (619) 796-3464
Fax: (619) 717-8762
jeff@eightandsandlaw.com
*Pro Hac Vice*

C. Kiel Garella, Esq.
**Garella Law, P.C.**
409 East Boulevard
Charlotte, NC 28303
Tel: (980) 321-7934
Fax: (704) 990-6734
kiel@gljustice.com
*Pro Hac Vice*

Mark F. Underwood, Esq.
John Patrick L. Stephens, Esq.
**Underwood Law Office, Inc.**
923 3rd Ave
Huntington, WV 25701
Tel: (304) 522-0508
munderwood@underwoodlawoffices.com
pstephens@underwoodlawoffices.com
*Local counsel for Plaintiffs*

CSX TRANSPORTATION, INC.
_____