# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

| | |
|---|---|
| JUSTIN ADKINS et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:18-CV-00321 |
| | ) |
| vs. | ) HON. ROBERT C. CHAMBERS |
| | ) |
| CSX TRANSPORTATION, INC. et al., | ) MAGISTRATE JUDGE EIFERT |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **All Plaintiffs**, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the following orders and judgments of the United States District Court for the Southern District of West Virginia:

1. ECF No. 166: Order entered June 11, 2020 granting CSX Corporation's Motion to Dismiss for Lack of Personal Jurisdiction;

2. ECF No. 427: Order entered July 15, 2021 granting in part and denying in part Defendants' Motion to Strike;

3. ECF No. 430: Order entered July 20, 2021 granting in part and denying in part Plaintiffs' Motion to Compel Discovery Responses;

1

4. ECF No. 439: Order entered July 30, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Defamation claim;

5. ECF No. 440: Order entered July 30, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Wrongful Discharge claim;

6. ECF No. 441: Order entered August 2, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Invasion of Privacy claim;

7. ECF No. 442: Order entered August 2, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Intentional Infliction of Emotional Distress claim;

8. ECF No. 443: Order entered August 2, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Tortious Interference claim;

9. ECF No. 445: Order entered August 10, 2021 granting summary judgment in favor of Defendants' on Plaintiffs' Federal Railroad Safety Act claim;

10. ECF No. 452: Order entered August 18, 2021 denying Plaintiffs' Motion for Leave to File Supplemental Briefing on Summary Judgment Motions;

11. ECF No. 454: Order entered August 19, 2021 regarding Defendants' privilege log and production of a Fed. R. Civ. P. 30(b)(6) deponent;

12. ECF No. 455: Order entered August 23, 2021 granting summary judgment in favor of Defendants on Plaintiffs' FMLA, ERISA, West Virginia Human Rights Act, and Rehabilitation Act claims;

13.   ECF No. 456: Judgment Order entered August 23, 2021 granting summary judgment in favor of Defendants;

14.   ECF No. 457: Certified Judgment Order entered August 23, 2021.

Respectfully submitted this 21st day of September, 2021.

/s/C. Kiel Garella
C. Kiel Garella
Garella Law, P.C.
409 East Boulevard
Charlotte, NC 28303
Tel:  (980) 321-7934
kiel@gljustice.com
Pro Hac Vice

Gregory G. Paul
WV Bar #8129
Morgan & Paul, PLLC
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel: (844) 374-7200
gregpaul@morganpaul.com

J. Patrick L. Stephens
Underwood Law Offices
WV Bar #10262
923 Third Avenue
Huntington, WV 25701
Tel: (304) 522-0508
pstephens@underwoodlawoffices.com

3

Jeff R. Dingwall
Eight & Sand
550 West B Street, Fourth Floor
San Diego, CA 92101
Tel: (619) 796-3464
jeff@eightandsandlaw.com
Pro Hac Vice

Kenneth R. Reed
Kenneth R. Reed, Attorney PSC
241 Elm Street
Ludlow, KY 41016
Tel: (859) 331-4443
kenreedatty@gmail.com
Applicant for Pro Hac Vice

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2021, the foregoing was served with the Clerk of the Court via CM/ECF which will provide service to all parties.

/s/C. Kiel Garella
C. Kiel Garella
Attorney for Plaintiffs
