## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

JUSTIN ADKINS, et al.,

                        Plaintiffs,

v.                                        Civil Action No. 3:18-CV-00321

CSX TRANSPORTATION, INC., et al.,            Hon. Judge Robert C. Chambers

                        Defendants.

## AGREED ORDER OF DISMISSAL

On this day came Plaintiffs, Tony Abdon; Brandon Adkins; Justin Adkins; Bobby Akers; Gerald Barber; Jason Barker; John Bills; James Blain; Justin Blake; Devery Brown; Michael Campbell; John Carpenter; Quincy Christian; Michael Clark; James Deal; Joshua Ferguson; Jerry Flocker; John Frasure; Edwin Glowacki; Gregory Hamm; Dennis Hutchinson; Jonathan Jeffers; Eric Jordan; Grover Kelley; The Estate of Chad Little; David Manis; Jacqueline Marshall; Homer Maynard; Scott Morrison; Robert Mosteller; Ethan Mullins; Jeremy Napier; Michael Owens; Kevin Palmer; Shawn Patterson; Michael D. Potter; Michael L. Potter; Samuel Preston; Jonathan Rowe; Dennis Sargent; Eric Speaks; Donald Stephens; Clay Stiltner; Todd Thayer; Travis Thornsberry; Jesse Wallace; Lloyd Williams; Michael Williams; Timothy Witt; and Matthew Woods (hereinafter "above-listed Plaintiffs"), by and through counsel, Kenneth R. Reed, Gregory G. Paul, Jeffrey R. Dingwall, C. Kiel Garella, Mark F. Underwood, and John Patrick L. Stephens; and Defendants, CSX Transportation, Inc., Craig S. Heligman, M.D., Gus Thoele, Curt Shogren, Milton Storm, Delando Jones, Tom DeAngelo, Shawn Lusk, Elizabeth Creedon, and Kenneth Ray Emerson, (collectively, the "Defendants"); by and through counsel, Melissa Foster Bird, Samuel L. Tarry, Jr., and Davis M. Walsh; and hereby jointly announce to the Court that all matters in

controversy between the above-listed Plaintiffs and the Defendants in the above-referenced matter have been resolved.  Accordingly, the above-listed Plaintiffs and the Defendants jointly move this Court to dismiss any and all claims against the Defendants, with prejudice, in the above-referenced matter.

WHEREFORE, the Court, having considered the request of counsel, and being otherwise sufficiently advised, hereby **ADJUDGES, ORDERS AND DECREES** that claims of the above-listed Plaintiffs against the Defendants are **DISMISSED WITH PREJUDICE**.  The above-listed Plaintiffs and the Defendants shall bear their own costs.

The Court further **DIRECTS** the Clerk to send a copy of this Agreed Order of Dismissal to all counsel of record.

Entered this the _____ day of _____, 2022.


_____
Honorable Robert C. Chambers


Presented by:


*/s/ Melissa Foster Bird*
Melissa Foster Bird, Esq.
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Post Office Box 1856
Huntington, West Virginia 25701
Phone:  (304) 526-3503
Fax:  (304) 526-3599
Melissa.FosterBird@NelsonMullins.com

*and*

Samuel L. Tarry, Jr., Esq. (Admitted *pro hac vice*)
Davis M. Walsh, Esq. (Admitted *pro hac vice*)
**MCGUIRE WOODS LLP**

800 East Canal Street
Richmond, VA  23219-3916
Phone:  (804) 775-7873
Fax:  (804) 698-2188
starry@mcguirewoods.com
dwalsh@mcguirewoods.com

**_Counsel for Defendants_**


Agreed to and approved by:

_Gregory G. Paul_            _(with permission)_
Gregory G. Paul, Esq.
**Morgan & Paul, PLLC**
100 First Avenue, Suite 1010
Pittsburgh, PA 15222
Tel: (844) 374-7200
Fax: (888) 822-9421
gregpaul@paullaw.com

Kenneth R. Reed, Esq.
**Kenneth R. Reed, Attorney PSC**
241 Elm Street
Ludlow, KY 41016
Tel: (859) 331-4443
Fax: (859) 291-2226
kenreedatty@gmail.com
Applicant for _Pro Hac Vice_

Jeffrey R. Dingwall, Esq.
**Eight & Sand**
550 West B Street
Fourth Floor
San Diego, CA 92101
Tel: (619) 796-3464
Fax: (619) 717-8762
jeff@eightandsandlaw.com
_Pro Hac Vice_

C. Kiel Garella, Esq.
**Garella Law, P.C.**
409 East Boulevard
Charlotte, NC 28303
Tel: (980) 321-7934

Fax: (704) 990-6734
kiel@gljustice.com
*Pro Hac Vice*

Mark F. Underwood, Esq.
John Patrick L. Stephens, Esq.
**Underwood Law Office, Inc.**
923 Third Avenue
Huntington, WV 25701
Tel: (304) 522-0508
munderwood@underwoodlawoffices.com
pstephens@underwoodlawoffices.com
*Local counsel for Plaintiffs*

**Counsel for Plaintiffs**